UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIL ROBERSON,<br><br>    Petitioner,<br><br>v.<br><br>VERGE, SUPREME COURT OF WASHINGTON, | CASE NO. 3:25-cv-05331-RAJ-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DKT. 4.** |

Plaintiff is a prisoner proceeding *pro se* in this civil action. He requests issuance of a writ of mandamus and an order from this Court compelling certain Washington State courts and Judges to take action in certain pending state cases that Plaintiff alleges are owed him. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, Dkt. 4, hereby finds and ORDERS as follows:

(1)    The Court GRANTS plaintiff's application to proceed *in forma pauperis* (IFP). Dkt. 4.

(2)    Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 4. - 1

1  for the 6-month period immediately preceding the date of this Order.  The initial partial filing fee
2  should be forwarded to the Clerk of Court as soon as practicable.

3  Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
4  custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
5  prisoner's preceding month's income credited to the prisoner's account.  In the event that the
6  monthly payment would reduce the prisoner's account below $10.00, the agency should collect
7  and forward only that amount which would reduce the prisoner's account to the $10.00 level.
8  Please note that this $10.00 limit does not apply to the initial partial filing fee described above.
9  Finally, the monthly payments should be collected and forwarded to the Court until the entire
10 filing fee ($350.00) for this matter has been paid.

11  (3)  The Clerk shall provide a copy of this Order to plaintiff, to the financial officer of
12 this Court, and to the agency having custody of plaintiff.

13  DATED this 7th day of May, 2025

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 4. -
2