1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    NEIL ROBERSON,

9                              Plaintiff,

10            v.

11   VERGE, SUPREME COURT OF
     WASHINGTON,

12                             Defendant.

13

CASE NO. 3:25-cv-05331-RAJ-BAT

**REPORT AND
RECOMMENDATION**

14        Plaintiff is serving a prison sentence at the Stafford Creek Corrections Center. On April

15   18, 2025, he filed a writ of mandamus under 18 U.S.C. 1361 requesting the Court order Skagit

16   County Superior Court Judge Thomas Verge and the Washington Supreme Court to issue orders

17   related to his state conviction in 18-1-00907-29. The Clerk sent Plaintiff a letter indicating his *in*

18   *forma pauperis* application was deficient and he needed to cure the deficiency by May 21, 2025

19   or the matter may be dismissed.

20        Plaintiff's actions fail to state a claim upon which relief may be granted. First, Plaintiff

21   brings this action pursuant to the federal mandamus statute which provides "[t]he district courts

22   shall have original jurisdiction of any action in the nature of mandamus to compel an officer or

23   employee of the United States or an agency thereof to perform a duty owed to the plaintiff."  28

REPORT AND RECOMMENDATION - 1

1    U.S.C. § 1361. Defendant seeks mandamus relief against state, not federal officers; section 1361

2    accordingly provides no basis for the relief requested.

3          Moreover, the Court has no authority to grant injunctive or mandamus relief by issuing

4    an order directing state court judges to issue state court orders. *See Pennhurst State School &*

5    *Hosp. v. Halderman*, 465 U.S. 89, 106 (1984) (under the Eleventh Amendment, a federal district

6    court lacks jurisdiction to order state officials to conform their conduct to state law); *Demos v.*

7    *United States Dist. Court for the Eastern Dist. of Washington*, 925 F.2d 1160, 1161-62 (9th

8    Cir.1991), *cert. denied*, 498 U.S. 1123, (1991) (petition for mandamus to compel state court to

9    take or refrain from taking some action "frivolous as a matter of law"); *Clark v. State of*

10   *Washington*, 366 F.2d 678, 681 (9th Cir.1966) ("[t]he federal courts are without power to issue

11   writs of mandamus to direct state courts or their judicial officers in the performance of their

12   duties") (citation omitted); *see Pendleton v. Superior Court of Washington for Spokane* County,

13   2019 WL 13246674 (E.D. WA. March 12, 2019) ("under the Eleventh Amendment, a federal

14   district court lacks jurisdiction to order state officials to conform their conduct to state law.");

15   Taylor *v. Calif. Dep't of Justice*, 2009 WL 1814421 (N.D. Cal. June 23, 2009) (court had no

16   authority to order California Department of Justice and local police department to provide

17   petitioner with all evidence obtained in investigation of case).

18          The Court accordingly concludes Plaintiff's pleadings fail to state a claim upon which

19   relief may be granted and accordingly recommends the matter be **DISMISSED** with prejudice.

20   Leave to amend should be denied because no amendment will cure the fact the Court lacks the

21   authority to order the state courts to provide the relief that Plaintiff requests. *See Lucas v. Dep't*

22   *of Corrections*, 66 F.3d 245, 248 (9th Cir. 1995) (per curiam) (the Court may deny leave to

23   amend if "it is absolutely clear that no amendment can cure the defect.").

REPORT AND RECOMMENDATION - 2

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order.  Plaintiff should thus not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **May 21, 2025.**  The Clerk should note the matter for **May 23, 2025**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 7th day of May, 2025.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3