UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIL ROBERSON,<br><br>               Petitioner,<br><br>   v.<br><br>VERGE, SUPREME COURT OF WASHINGTON,<br><br>               Respondent. | CASE NO. 3:25-cv-05331-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation, all objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is DISMISSED with prejudice.

(3)    The Clerk shall provide Plaintiff a copy of this Order.

DATED this 21st day of May, 2025.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1